UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CV1621 RWS |
| ) | |
| CHARLES CHASTAIN, et. al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Reginald Smith has filed a Motion to Strike the Original Complaint and Accept Proper Documents in Its Place [#9]. However, this case was dismissed in September 2004 and is closed. As a result, I do not have jurisdiction to grant the motion. Smith may open a new case in accordance with the Federal Rules of Civil Procedure and the Local Rules if he so chooses.

Accordingly,

**IT IS HEREBY ORDERED** that Smith's Motion to Strike the Original Complaint and Accept Proper Documents in Its Place [#9] is **DENIED** with prejudice.

Dated this 21st Day of July, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE